**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____

Chapter you are filing under:

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a joint case—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Dominic**<br>First Name<br>**J**<br>Middle Name<br>**DeMarino**<br>Last Name<br>_____<br>Suffix (Sr., Jr., II, III) | **Karla**<br>First Name<br>**W**<br>Middle Name<br>**DeMarino**<br>Last Name<br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | First Name<br>Middle Name<br>Last Name | First Name<br>Middle Name<br>Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 6 5 8 6<br>OR<br>9xx – xx – ___ ___ ___ ___ | xxx – xx – 7 7 3 3<br>OR<br>9xx – xx – ___ ___ ___ ___ |
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br>Include trade names and doing business as names | ☑ I have not used any business names or EINs.<br>Business name<br>Business name<br>Business name | ☑ I have not used any business names or EINs.<br>Business name<br>Business name<br>Business name |

| Debtor 1 | **Dominic J DeMarino** | |
|---|---|---|
| Debtor 2 | **Karla DeMarino** | Case number (if known) _____ |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
|  | EIN  __ __ – __ __ __ __ __ __ __ | EIN  __ __ – __ __ __ __ __ __ __ |
|  | EIN  __ __ – __ __ __ __ __ __ __ | EIN  __ __ – __ __ __ __ __ __ __ |

**5.  Where you live**

| | If Debtor 2 lives at a different address: |
|---|---|

**450 Ridgefield Drive**
Number    Street



**Roselle                    IL        60172**
City                              State      ZIP Code

**DuPage**
County

Number    Street



_____
City        State    ZIP Code

_____
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address.

Number    Street

Number    Street

P.O. Box

P.O. Box

City        State    ZIP Code

City        State    ZIP Code

**6.  Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

**Part 2:    Tell the Court About Your Bankruptcy Case**

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

| Debtor 1 | **Dominic J DeMarino** | |
|---|---|---|
| Debtor 2 | **Karla DeMarino** | Case number (if known) _____ |

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay Your Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No

☑ Yes.

District **Northern District of Illinois-Eastern D** When **01/24/2015** Case number **15-02287**
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

Debtor _____ Relationship to you _____

District _____ When _____ Case number, _____
MM / DD / YYYY   if known

Debtor _____ Relationship to you _____

District _____ When _____ Case number, _____
MM / DD / YYYY   if known

**11. Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No. Go to line 12.

☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it with this bankruptcy petition.

| Debtor 1 | **Dominic J DeMarino** | | |
|---|---|---|---|
| Debtor 2 | **Karla DeMarino** | | Case number (if known) |

## Part 3:    Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.
☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number     Street

_____

_____
City                              State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4:    Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.   What is the hazard?

_____

_____

If immediate attention is needed, why is it needed?

_____

Where is the property? _____
                       Number     Street

_____

_____
City                              State        ZIP Code

Debtor 1    **Dominic J DeMarino**
Debtor 2    **Karla DeMarino** _____    Case number (if known) _____

## Part 5:    Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
You must check one:

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**    I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
You must check one:

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**    I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Dominic J DeMarino**
Debtor 2    **Karla DeMarino**                                              Case number (if known) _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

16. **What kind of debts do you have?**

    16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
    - ☑ No. Go to line 16b.
    - ☐ Yes. Go to line 17.

    16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
    - ☐ No. Go to line 16c.
    - ☑ Yes. Go to line 17.

    16c. State the type of debts you owe that are not consumer or business debts.
    _____

17. **Are you filing under Chapter 7?**

    - ☐ No.    I am not filing under Chapter 7. Go to line 18.

    **Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

    - ☑ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
      - ☑ No
      - ☐ Yes

18. **How many creditors do you estimate that you owe?**
    - ☑ 1-49
    - ☐ 50-99
    - ☐ 100-199
    - ☐ 200-999
    - ☐ 1,000-5,000
    - ☐ 5,001-10,000
    - ☐ 10,001-25,000
    - ☐ 25,001-50,000
    - ☐ 50,001-100,000
    - ☐ More than 100,000

19. **How much do you estimate your assets to be worth?**
    - ☐ $0-$50,000
    - ☐ $50,001-$100,000
    - ☑ $100,001-$500,000
    - ☐ $500,001-$1 million
    - ☐ $1,000,001-$10 million
    - ☐ $10,000,001-$50 million
    - ☐ $50,000,001-$100 million
    - ☐ $100,000,001-$500 million
    - ☐ $500,000,001-$1 billion
    - ☐ $1,000,000,001-$10 billion
    - ☐ $10,000,000,001-$50 billion
    - ☐ More than $50 billion

20. **How much do you estimate your liabilities to be?**
    - ☐ $0-$50,000
    - ☐ $50,001-$100,000
    - ☐ $100,001-$500,000
    - ☐ $500,001-$1 million
    - ☑ $1,000,001-$10 million
    - ☐ $10,000,001-$50 million
    - ☐ $50,000,001-$100 million
    - ☐ $100,000,001-$500 million
    - ☐ $500,000,001-$1 billion
    - ☐ $1,000,000,001-$10 billion
    - ☐ $10,000,000,001-$50 billion
    - ☐ More than $50 billion

| Debtor 1 | **Dominic J DeMarino** | | |
|---|---|---|---|
| Debtor 2 | **Karla DeMarino** | | Case number (if known) |

## Part 7:   Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12. or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____    X _____
Dominic J DeMarino, Debtor 1            Karla DeMarino, Debtor 2

Executed on  5/15/2017          Executed on  5/15/17
MM / DD / YYYY                 MM / DD / YYYY

Debtor 1  **Dominic J DeMarino**

Debtor 2  **Karla DeMarino**_____  Case number (if known) _____

For your attorney, if you are represented by one

If you are not represented by an attorney, you do not need to file this page.

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X  **/s/ Charles Wm. Dobra**_____  Date  **05/16/2017**
Signature of Attorney for Debtor  MM / DD / YYYY

**Charles Wm. Dobra**_____
Printed name

**Charles Wm. Dobra, Ltd**_____
Firm Name

**675 E Irving Park Road**_____
Number  Street

**Suite 100**_____

_____

**Roselle**_____  **IL**  **60172**_____
City  State  ZIP Code

Contact phone  **(630) 893-2494**_____  Email address **cwdobra@dobralaw.comcastbiz.net**

**0647039**_____
Bar number  State

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Dominic** First Name | **J** Middle Name | **DeMarino** Last Name |
| Debtor 2 (Spouse, if filing) | **Karla** First Name | Middle Name | **DeMarino** Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property                                          12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  Do you own or have any legal or equitable interest in any residence, building, land, or similar property?
    ☐ No. Go to Part 2.
    ☑ Yes. Where is the property?

1.1.
**450 Ridgefield Drive, Roselle, IL.**

**Single family home; purchased in 2007 for $276,000.00.**

**DuPage**
County

**What is the property? Check all that apply.**
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$263,056.00**
Current value of the portion you own?   **$263,056.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**100% joint interest**

☐ Check if this is community property (see instructions)

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here......................................➔   **$263,056.00**

### Part 2:   Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
    ☐ No
    ☑ Yes

Debtor 1    **Dominic J DeMarino**

Debtor 2    **Karla DeMarino** _____    Case number (if known) _____

| 3.1. | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | Hyundai | ☐ Debtor 1 only | |
| Model: | Tuscon | ☐ Debtor 2 only | |
| Year: | 2011 | ☑ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| Approximate mileage: | _____ | ☐ At least one of the debtors and another | $5,379.00 / $5,379.00 |
| Other information: | | | |
| **2011 Hyundai Tuscon (Paid in full)** | | ☐ Check if this is community property (see instructions) | |

| 3.2. | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | GMC | ☐ Debtor 1 only | |
| Model: | Yukon | ☐ Debtor 2 only | |
| Year: | 2016 | ☑ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| Approximate mileage: | _____ | ☐ At least one of the debtors and another | $34,387.00 / $34,387.00 |
| Other information: | | | |
| **Leased 2016 GMC Yukon** | | ☐ Check if this is community property (see instructions) | |

4.    **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
      *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

5.    Add the dollar value of the portion you own for all of your entries from Part 2, including any
      entries for pages you have attached for Part 2. Write that number here................................➔    **$39,766.00**

## Part 3:    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.    **Household goods and furnishings**
      *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe.....   **Misc. household goods, used furniture, appliances**    $750.00

7.    **Electronics**
      *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe.....   **IPhone, 32" Vizio LCD TV and a 58" 2007 Panasonic Plasma TV**    $500.00

8.    **Collectibles of value**
      *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe.....    _____

9.    **Equipment for sports and hobbies**
      *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ☑ Yes. Describe.....   **2007 Calloway Big Berth Set of golf clubs**    $100.00

Debtor 1    **Dominic J DeMarino**

Debtor 2    **Karla DeMarino** _____    Case number (if known) _____

---

10. **Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

   ☐ No
   ☑ Yes.  Describe.....  **Smith & Wesson SW40 (7 years old)**                                    **$175.00**

11. **Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

   ☐ No
   ☑ Yes.  Describe.....  **Clothing**                                                                       **$350.00**

12. **Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

   ☐ No
   ☑ Yes.  Describe.....  **Wedding band and wife's wedding ring**                          **$600.00**

13. **Non-farm animals**
   *Examples:* Dogs, cats, birds, horses

   ☑ No
   ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**

   ☑ No
   ☐ Yes.  Give specific
     information.............

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have
   attached for Part 3.  Write the number here.................................................................. ➜  | **$2,475.00** |

---

| **Part 4:** | **Describe Your Financial Assets** |

Do you own or have any legal or equitable interest in any of the following?

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☐ No
   ☑ Yes......................................................................................................... Cash: ......................... **$125.00**

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

   ☐ No
   ☑ Yes...........................          Institution name:

       17.1.    Checking account:        **Checking account; Account frozen by creditor; $3,350 in the account**                                                                                      **$3,350.00**

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ☑ No
   ☐ Yes...........................          Institution or issuer name:

---

Debtor 1    **Dominic J DeMarino**

Debtor 2    **Karla DeMarino** _____    Case number (if known) _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes. Give specific information about them.........................    Name of entity:                         % of ownership:

| | | |
|---|---|---|
| 50% interest in ownership | 50% | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them.........................    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each account separately.    Type of account:    Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes..........................    Institution name or individual:

23. **Annuities  (A contract for a specific periodic payment of money to you, either for life or for a number of years)**

☑ No

☐ Yes..........................    Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes..........................    Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them                                     _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them                                     _____

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific information about them                                     _____

| Debtor 1 | **Dominic J DeMarino** |
|---|---|
| Debtor 2 | **Karla DeMarino** |

Case number (if known) _____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years......................

Federal: _____
State: _____
Local: _____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information

_____

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance company of each policy and list its value................ Company name:            Beneficiary:            Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information

_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim........

_____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim........

_____

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information

_____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.........................................................................** ➔ | $3,475.00 |

| Debtor 1 | **Dominic J DeMarino** | | |
|---|---|---|---|
| Debtor 2 | **Karla DeMarino** | | Case number (if known) _____ |

<table>
<tr><td>Part 5:</td><td colspan="2">Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.</td></tr>
</table>

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No.  Go to Part 6.
☑ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..                                                                  _____

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☑ Yes.  Describe..   **1 table; old phone system, 2 copiers, 5 desks, 2 filing cabinets, 5 old chairs, 10**     $750.00
                    **packs of copy paper**

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe..                                                                  _____

**41. Inventory**

☑ No
☐ Yes.  Describe..                                                                  _____

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....   Name of entity:                              % of ownership:

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
        ☐ No
        ☐ Yes.  Describe.....                                                       _____

**44. Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5.  Write that number here.........................................................** ➜ $750.00

<table>
<tr><td>Part 6:</td><td colspan="2">Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.<br>If you own or have an interest in farmland, list it in Part 1.</td></tr>
</table>

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

Debtor 1    **Dominic J DeMarino**
Debtor 2    **Karla DeMarino**                                            Case number (if known) _____

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
   *Examples:* Livestock, poultry, farm-raised fish
   ☑ No
   ☐ Yes....                                                                          _____

48. **Crops--either growing or harvested**
   ☑ No
   ☐ Yes. Give specific
      information...............                                                      _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
   ☑ No
   ☐ Yes....                                                                          _____

50. **Farm and fishing supplies, chemicals, and feed**
   ☑ No
   ☐ Yes....                                                                          _____

51. **Any farm- and commercial fishing-related property you did not already list**
   ☑ No
   ☐ Yes. Give specific
      information...............                                                      _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**.................................................................... ➔    | $0.00 |

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ☑ No
   ☐ Yes. Give specific information.

54. **Add the dollar value of all of your entries from Part 7. Write that number here**.............................................. ➔    | $0.00 |

| Debtor 1 | **Dominic J DeMarino** |
|---|---|
| Debtor 2 | **Karla DeMarino** |

Case number (if known) _____

---

### Part 8:  List the Totals of Each Part of this Form

55.  **Part 1: Total real estate, line 2**.................................................................................................➔      **$263,056.00**

56.  **Part 2: Total vehicles, line 5**      **$39,766.00**

57.  **Part 3: Total personal and household items, line 15**      **$2,475.00**

58.  **Part 4: Total financial assets, line 36**      **$3,475.00**

59.  **Part 5: Total business-related property, line 45**      **$750.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**      **$0.00**

61.  **Part 7: Total other property not listed, line 54**     +     **$0.00**

62.  **Total personal property.**   Add lines 56 through 61.................    **$46,466.00**   Copy personal property total ➔   +   **$46,466.00**

63.  **Total of all property on Schedule A/B.**    Add line 55 + line 62............................................  **$309,522.00**

---

Schedule A/B: Property

| | | | | |
|---|---|---|---|---|
| **Fill in this information to identify your case:** | | | | |

| | | | |
|---|---|---|---|
| Debtor 1 | <u>Dominic</u><br>First Name | <u>J</u><br>Middle Name | <u>DeMarino</u><br>Last Name |
| Debtor 2<br>(Spouse, if filing) | <u>Karla</u><br>First Name | <br>Middle Name | <u>DeMarino</u><br>Last Name |
| United States Bankruptcy Court for the: <u>NORTHERN DISTRICT OF ILLINOIS</u> | | | |
| Case number<br>(if known) | | | |

☐ Check if this is an
   amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt                    04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**    *Check one only, even if your spouse is filing with you.*

    ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
    ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Single family home; purchased in 2007 for $276,000.00.**<br>Line from *Schedule A/B*: __1.1__ | **$263,056.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-902** |
| Brief description:<br>**2011 Hyundai Tuscon (Paid in full)**<br>Line from *Schedule A/B*: __3.1__ | **$5,379.00** | ☑ __$4,800.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(c)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
    (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☑ No
    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
        ☐ No
        ☐ Yes

| | | |
|---|---|---|
| Debtor 1 | **Dominic J DeMarino** | |
| Debtor 2 | **Karla DeMarino** | Case number (if known) _____ |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Misc. household goods, used furniture, appliances** Line from *Schedule A/B*: **6** | $750.00 | ☐ _____ ☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description: **IPhone, 32" Vizio LCD TV and a 58" 2007 Panasonic Plasma TV** Line from *Schedule A/B*: **7** | $500.00 | ☐ _____ ☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description: **2007 Calloway Big Berth Set of golf clubs** Line from *Schedule A/B*: **9** | $100.00 | ☐ _____ ☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description: **Smith & Wesson SW40 (7 years old)** Line from *Schedule A/B*: **10** | $175.00 | ☐ _____ ☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description: **Clothing** Line from *Schedule A/B*: **11** | $350.00 | ☐ _____ ☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(a), (e) |
| Brief description: **Wedding band and wife's wedding ring** Line from *Schedule A/B*: **12** | $600.00 | ☐ _____ ☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description: **Checking account; Account frozen by creditor; $3,350 in the account** Line from *Schedule A/B*: **17.1** | $3,350.00 | ☑ $3,350.00 ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description: **1 table; old phone system, 2 copiers, 5 desks, 2 filing cabinets, 5 old chairs, 10 packs of copy paper** Line from *Schedule A/B*: **39** | $750.00 | ☐ _____ ☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Dominic** | **J** | **DeMarino** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Karla** | | **DeMarino** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1.  **Do any creditors have claims secured by your property?**
    ☐  No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
    ☑  Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2.  **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|

| 2.1 | | | | |
|---|---|---|---|---|
| **Nationstar Mortgage**<br>Creditor's name<br>**P. O. Box 619063**<br>Number    Street | Describe the property that<br>secures the claim:<br>**Single family home;<br>purchased in  for $.** | **$295,841.00** | **$263,056.00** | **$32,785.00** |

**Dallas          TX    75261**
City                    State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim relates
to a community debt

Date debt was incurred    2011

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
      **Mortgage**

Last 4 digits of account number    4    7    2    7

Add the dollar value of your entries in Column A on this page. Write
that number here:                                                              **$295,841.00**

If this is the last page of your form, add the dollar value totals from
all pages. Write that number here:                                            **$295,841.00**

Debtor 1   **Dominic J DeMarino**
Debtor 2   **Karla DeMarino** _____    Case number (if known) _____

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1.  For
example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and
then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Part 1,
list the additional creditors here.  If you do not have additional persons to be notified for any debts in Part 1, do not fill out or
submit this page.

| 1 | **Central Loan Administration** | On which line in Part 1 did you enter the creditor?  _____ |
| | Name | |
| | **425 Phillips Blvd** | Last 4 digits of account number   ___ ___ ___ ___ |
| | Number      Street | |

**Ewing**                        **NJ**    **08618**
City                          State    ZIP Code

**Residential property located at 450 Ridgefield Drive, Roselle, IL 60172**

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Dominic** First Name | **J** Middle Name | **DeMarino** Last Name |
| Debtor 2 (Spouse, if filing) | **Karla** First Name | Middle Name | **DeMarino** Last Name |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS** | | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    ☑ No. Go to Part 2.
    ☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

Debtor 1  **Dominic J DeMarino**
Debtor 2  **Karla DeMarino** _____  Case number (if known) _____

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.
☑ Yes

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

**4.1** **$4,400.00**

__American Express__
Nonpriority Creditor's Name
**P. O. Box 297871**
Number      Street
_____

__Ft. Laudersale__      **FL**    **33329**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?**  __02/2003__

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Credit Card**

**4.2** **$9,000.00**

__American Property Management__
Nonpriority Creditor's Name
**1251 Plum Grove Road**
Number      Street
_____

__Schaumburg__      **IL**    **60173**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Association Fees**

For property located at 720 Prescott, #312, Roselle, IL 60172

Debtor 1    **Dominic J DeMarino**
Debtor 2    **Karla DeMarino**    Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

Total claim

**4.3**    $250.00

**Amita**
Nonpriority Creditor's Name
**Alexian Borthers Medical Center**
Number    Street
**3040 W Salt Creek Lane**

_____

**Arlington Heights**    **IL**    **60005**
City    State    ZIP Code

Who incurred the debt?    Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    **4**  **8**  **3**  **1**
When was the debt incurred?    **3/2017**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical Services**

**4.4**    $43,526.00

**AnchorBank FSB**
Nonpriority Creditor's Name

Number    Street

_____

City    State    ZIP Code

Who incurred the debt?    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    **2**  **4**  **1**  **6**
When was the debt incurred?    **2/2013**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

**4.5**    $750.00

**Bank of America**
Nonpriority Creditor's Name
**Attn: Recovery Department**
Number    Street
**4161 Peidmont Parkway**

_____

**Greenboro**    **NC**    **27410**
City    State    ZIP Code

Who incurred the debt?    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    **8**  **2**  **3**  **8**
When was the debt incurred?    **5/2005**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

Debtor 1  **Dominic J DeMarino**
Debtor 2  **Karla DeMarino**

Case number (if known) _____

| Part 2: | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

Total claim

**4.6**

**$4,440.00**

**Chase**
Nonpriority Creditor's Name
**Cardmember Services**
Number    Street
**P. O. Box 15153**

**Wilmington          DE    19886-5153**
City                State  ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  **2  4  1  7**
When was the debt incurred?  **02/2012**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

**4.7**

**$4,440.00**

**Chase**
Nonpriority Creditor's Name
**Cardmember Services**
Number    Street
**P. O. Box 15153**

**Wilmington          DE    19886-5153**
City                State  ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  **9  1  0  3**
When was the debt incurred?  **3/2012**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

**4.8**

**$10,050.00**

**Chase Card**
Nonpriority Creditor's Name
**P. O. Box 15298**
Number    Street

**Wilmington          DE    19850**
City                State  ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?  **02/2012**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

| | |
|---|---|
| Debtor 1 | **Dominic J DeMarino** |
| Debtor 2 | **Karla DeMarino** |

Case number (if known) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

Total claim

| 4.9 | | $2,302.00 |
|---|---|---|

**Chase Card**
Nonpriority Creditor's Name
**P. O. Box 15298**
Number    Street

_____

**Wilmington            DE      19850**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**    10/2011

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

---

| 4.10 | | $807.00 |
|---|---|---|

**Citibank**
Nonpriority Creditor's Name
**Attn: Centralized Bankruptcy**
Number    Street
**P. O. Box 20363**

_____

**Kansas City            MO      64195**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  8  0  2  2
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

---

| 4.11 | | $9,108.00 |
|---|---|---|

**Citibank**
Nonpriority Creditor's Name
**P. O. Box 6241**
Number    Street

_____

**Sioux Falls            SD      57117**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  9  7  6  0
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

---

Debtor 1   **Dominic J DeMarino**
Debtor 2   **Karla DeMarino** _____   Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.12**                                                                    $19.00

**CitiCards CBNA**
Nonpriority Creditor's Name
**P. O. Box 6241**
Number   Street

_____

**Sioux Falls        SD    57117**
City                State  ZIP Code

Who incurred the debt?   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?   9/2011

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
     **Credit Card**

---

**4.13**                                                                    $306.00

**Comcast**
Nonpriority Creditor's Name
**Convergent Outsourcing**
Number   Street
**800 SW 39th Street**

_____

**Renton        WA    98057**
City            State  ZIP Code

Who incurred the debt?   Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?   1/2017

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
     **Cable Service**

---

**4.14**                                                                    $3,291.00

**Discover More**
Nonpriority Creditor's Name
**P. O. Box 15316**
Number   Street

_____

**Wilmington        DE    19850-5316**
City               State  ZIP Code

Who incurred the debt?   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   8   7   2   7
When was the debt incurred?   11/2009

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
     **Credit Card**

---

| | |
|---|---|
| Debtor 1 | **Dominic J DeMarino** |
| Debtor 2 | **Karla DeMarino** |

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.15**                                                                 **$21,465.00**

**Discover Student Loan**
Nonpriority Creditor's Name
**Customer Service**
Number    Street
**P. O. Box 30948**

**Salt Lake City      UT    84130-0948**
City                 State   ZIP Code

Last 4 digits of account number    **6  5  7  1**
When was the debt incurred?    **1/2013**
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
☑ No
☐ Yes

**4.16**                                                                 **$10,111.00**

**Discover Student Loan**
Nonpriority Creditor's Name
**Customer Service**
Number    Street
**P. O. Box 30948**

**Salt Lake City      UT    84130-0948**
City                 State   ZIP Code

Last 4 digits of account number    **6  5  6  9**
When was the debt incurred?    **1/2014**
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Student Loan**

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
☑ No
☐ Yes

**4.17**                                                                 **$774.00**

**ERC DirecTV, Inc**
Nonpriority Creditor's Name
**8014 Bayberry Road**
Number    Street

**Jacksonville     FL    32256**
City              State   ZIP Code

Last 4 digits of account number    ___ ___ ___ ___
When was the debt incurred?    **1/2016**
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Cable Service**

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
☑ No
☐ Yes

| | |
|---|---|
| Debtor 1 | **Dominic J DeMarino** |
| Debtor 2 | **Karla DeMarino** |

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.18**

**$977.00**

**Macy's**
Nonpriority Creditor's Name
**Bankruptcy Processing**
Number    Street
**P. O. Box 8053**

**Mason**          **OH**    **45040**
City              State   ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **4   4   2   0**

**When was the debt incurred?**   **2/2010**

**As of the date you file, the claim is: Check all that apply.**
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Store account**

---

**4.19**

**$901.00**

**Nordstrom/ATD Bank**
Nonpriority Creditor's Name
**13531 E Caley Avenue**
Number    Street

**Englewood**      **CO**    **80111**
City              State   ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

**When was the debt incurred?**   **5/2012**

**As of the date you file, the claim is: Check all that apply.**
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Store account**

---

Debtor 1    **Dominic J DeMarino**

Debtor 2    **Karla DeMarino**                                    Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.20 |                                                                 **$163,481.00**

**Ocwen Loan Servicing**
Nonpriority Creditor's Name
**12650 Ingenuity Drive**
Number    Street

_____

**Orlando**                    **FL**    **32826**
City                              State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Deficency**

**Foreclosed property located at 720 Prescott Drive, #312, Roselle, IL**

| 4.21 |                                                                 **$127.55**

**Republic Service-Melrose Park**
Nonpriority Creditor's Name
**Credit Management Company**
Number    Street
**2121 Noblestown Road**

_____

**Pittsburgh**                **PA**    **15205**
City                              State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **5   1   2   8**

When was the debt incurred?    **2015**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Garbage**

| | |
|---|---|
| Debtor 1 | **Dominic J DeMarino** |
| Debtor 2 | **Karla DeMarino** |

Case number (if known) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

Total claim

**4.22** $4,900.00

**Sears/CBNA**
Nonpriority Creditor's Name
**P. O. Box 6283**
Number      Street

_____

_____

**Sioux Falls       SD    57117**
City                State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    **1/2017**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Credit Card**

---

**4.23** $77,300.00

**Seterus, Inc**
Nonpriority Creditor's Name
**P. O. Box 54420**
Number      Street

_____

_____

**Los Angeles       CA    90054-0420**
City                State   ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Deficency**

**Mortgage deficiency on property located at 1866 Sommerset Drive, Unit 1B, Glendale Heights, IL**

---

Debtor 1    **Dominic J DeMarino**
Debtor 2    **Karla DeMarino**                                    Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.24 |
|---|

**$629.00**

**Specialized Loan Servicing**
Nonpriority Creditor's Name
**8742 Lucent Blvd, Ste 300**
Number      Street

_____

_____

**Highlands Ranch      CO      80129**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Real Estate Foreclosure**

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**    **7/2015**

**As of the date you file, the claim is: Check all that apply.**
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Deficency**

| 4.25 |
|---|

**$2,200.00**

**Stonegate**
Nonpriority Creditor's Name
**440 Gregory Avenue**
Number      Street

_____

_____

**Glendale Heights      IL      60139**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is: Check all that apply.**
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Deficency**

**Association dues for property located at 1866 Sommerset Drive, Unit 1B, Glendale Heights, IL**

Debtor 1    **Dominic J DeMarino**

Debtor 2    **Karla DeMarino**                                    Case number (if known) _____

---

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.26 |
|---|

$337,500.00

**Suntrust Mortgage**
Nonpriority Creditor's Name
**Attn:  Bankruptcy Department**
Number    Street
**P. O. Box 85092**

**Richmond                    VA      23286**
City                            State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    ___ ___ ___ ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Deficency**

Mortgage for property located at 1238 S River Road, Des Plaines, IL

| 4.27 |
|---|

$1,834.00

**Target Card Services/TD Bank USA**
Nonpriority Creditor's Name
**P. O. Box 673**
Number    Street
**Minneapolis, MN 55440-0673s**


City                            State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    7  7  7  2

**When was the debt incurred?**    01/2014

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Store account**

| Debtor 1 | **Dominic J DeMarino** | | |
|---|---|---|---|
| Debtor 2 | **Karla DeMarino** | Case number (if known) | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims – Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.28**                                                                                          **$41,185.00**

**U S Department of Education**
Nonpriority Creditor's Name
**P. O. Box 7860**
Number      Street

_____

**Madison**            **WI**    **53707**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Non-dischargeable**

Last 4 digits of account number  __ __ __ __

When was the debt incurred?    9/2011

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

---

**4.29**                                                                                          **$1,808.00**

**Wayfair/Comenity Bank**
Nonpriority Creditor's Name
**P. O. Box 182789**
Number      Street

_____

**Columbus**            **OH**    **43218**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?    01/2016

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Credit Card**

| Debtor 1 | **Dominic J DeMarino** | | |
|---|---|---|---|
| Debtor 2 | **Karla DeMarino** | | Case number (if known) |

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

**Chase Mortgage**
Name
**Codilis & Associates**
Number        Street
**15W030 N Frontage Road**

**Burr Ridge**              **IL**        **60527**
City                        State     ZIP Code

**For property located at 1866 Sommerset Drive, Unit 1B, Glendale Heights, IL**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Chase Mortgage**
Name
**Attn: Bankruptcy Dept.**
Number        Street
**3415 Vision Drive**

**Columbus**                **OH**        **43219**
City                        State     ZIP Code

**For property located at 1866 Sommerset Drive, Unit 1B, Glendale Heights, IL**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Fannie Mae**
Name
**3900 Wisconsin Avenue, NW**
Number        Street

**Washington**              **DC**        **20016-2892**
City                        State     ZIP Code

**For properties located in Des Plaines, IL and Glendale Heights, IL**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Pierce & Associates**
Name
**One N Dearborn Street, Ste 1300**
Number        Street

**Chicago**                 **IL**        **60602**
City                        State     ZIP Code

**For properties located in Des Plaines, IL and Roselle, IL**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Stonegate**
Name
**c/o Kovitz Shifran and Nesbit**
Number        Street
**55 W Monroe, Ste 2445**

**Chicago**                 **IL**        **60603**
City                        State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

| Debtor 1 | **Dominic J DeMarino** |
|---|---|
| Debtor 2 | **Karla DeMarino** |

Case number (if known) _____

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page**

---

**Waterbury Consominium Pointe 1 Assoc**
Name

**Kovitz Shifrin & Nesbit**
Number        Street

**55 W Monroe, Ste 2445**

**Chicago**                **IL**        **60603**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

Debtor 1    **Dominic J DeMarino**
Debtor 2    **Karla DeMarino**                                    Case number (if known) _____

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---------|--------------------------------------------------|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only.
   28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  |  |  | **Total claim** |
|--|--|--|-----------------|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | **$0.00** |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | **$0.00** |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | **$0.00** |
| | 6e. **Total.** Add lines 6a through 6d. | 6d. | **$0.00** |

|  |  |  | **Total claim** |
|--|--|--|-----------------|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | **$106,176.00** |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | **$651,705.55** |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | **$757,881.55** |

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page 16

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Dominic** | **J** | **DeMarino** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Karla** | | **DeMarino** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS** | | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

Person or company with whom you have the contract or lease          State what the contract or lease is for

**Fill in this information to identify your case:**

| Debtor 1 | **Dominic** | **J** | **DeMarino** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Karla** | | **DeMarino** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106H

## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**    (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☐ Yes

3. **In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

*Column 1:* Your codebtor

*Column 2:* The creditor to whom you owe the debt

Check all schedules that apply:

| 3.1 | **Karla DeMarino** | |
|---|---|---|

**Karla DeMarino**
Name

**450 Ridgefield Drive**
Number     Street

**Roselle, IL 0172**

City                          State       ZIP Code

☑ Schedule D, line   __2.1__
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Nationstar Mortgage**

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Dominic**<br>First Name | **J**<br>Middle Name | **DeMarino**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | **Karla**<br>First Name | Middle Name | **DeMarino**<br>Last Name |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS** | | | |
| Case number<br>(if known) | | | |

☐ Check if this is an
amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice,*
*Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____          X _____
Dominic J DeMarino, Debtor 1              Karla DeMarino, Debtor 2

Date 5/15/2017                            Date 5/15/17
MM / DD / YYYY                           MM / DD / YYYY

American Express
P. O. Box 297871
Ft. Laudersale, FL 33329

Citibank
Attn: Centralized Bankruptcy
P. O. Box 20363
Kansas City, MO 64195

Nationstar Mortgage
P. O. Box 619063
Dallas, TX 75261

American Property Management
1251 Plum Grove Road
Schaumburg, IL 60173

Citibank
P. O. Box 6241
Sioux Falls, SD 57117

Nordstrom/ATD Bank
13531 E Caley Avenue
Englewood, CO 80111

Amita
Alexian Borthers Medical Center
3040 W Salt Creek Lane
Arlington Heights, IL 60005

CitiCards CBNA
P. O. Box 6241
Sioux Falls, SD 57117

Ocwen Loan Servicing
12650 Ingenuity Drive
Orlando, FL 32826

AnchorBank FSB

Comcast
Convergent Outsourcing
800 SW 39th Street
Renton, WA 98057

Pierce & Associates
One N Dearborn Street, Ste 1300
Chicago, IL 60602

Bank of America
Attn: Recovery Department
4161 Peidmont Parkway
Greenboro, NC 27410

Discover More
P. O. Box 15316
Wilmington, DE 19850-5316

Republic Service-Melrose Park
Credit Management Company
2121 Noblestown Road
Pittsburgh, PA 15205

Central Loan Administration
425 Phillips Blvd
Ewing, NJ 08618

Discover Student Loan
Customer Service
P. O. Box 30948
Salt Lake City, UT 84130-0948

Sears/CBNA
P. O. Box 6283
Sioux Falls, SD 57117

Chase
Cardmember Services
P. O. Box 15153
Wilmington, DE 19886-5153

ERC DirecTV, Inc
8014 Bayberry Road
Jacksonville, FL 32256

Seterus, Inc
P. O. Box 54420
Los Angeles, CA 90054-0420

Chase Card
P. O. Box 15298
Wilmington, DE 19850

Fannie Mae
3900 Wisconsin Avenue, NW
Washington, DC 20016-2892

Specialized Loan Servicing
8742 Lucent Blvd, Ste 300
Highlands Ranch, CO 80129

Chase Mortgage
Attn: Bankruptcy Dept.
3415 Vision Drive
Columbus, OH 43219

Karla DeMarino
450 Ridgefield Drive
Roselle, IL 0172

Stonegate
440 Gregory Avenue
Glendale Heights, IL 60139

Chase Mortgage
Codilis & Associates
15W030 N Frontage Road
Burr Ridge, IL 60527

Macy's
Bankruptcy Processing
P. O. Box 8053
Mason, OH 45040

Stonegate
c/o Kovitz Shifran and Nesbit
55 W Monroe, Ste 2445
Chicago, IL 60603

Suntrust Mortgage
Attn:  Bankruptcy Department
P. O. Box 85092
Richmond, VA 23286


Target Card Services/TD Bank US.
P. O. Box 673
Minneapolis, MN 55440-0673s


U S Department of Education
P. O. Box 7860
Madison, WI 53707


Waterbury Consominium Pointe 1 .
Kovitz Shifrin & Nesbit
55 W Monroe, Ste 2445
Chicago, IL 60603


Wayfair/Comenity Bank
P. O. Box 182789
Columbus, OH 43218

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re  **Dominic J DeMarino**                                         Case No.  _____
       **Karla DeMarino**

                                                                     Chapter    **7**  _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept................................................................    $1,895.00

Prior to the filing of this statement I have received.....................................................    $1,895.00

Balance Due.....................................................................................................................    $0.00

2. The source of the compensation paid to me was:
   ☑ Debtor                  ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor                  ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____          /s/ Charles Wm. Dobra
                  Date                              _____

                                          Charles Wm. Dobra                    Bar No.  00647039
                                          Charles Wm. Dobra, Ltd
                                          675 E Irving Park Road
                                          Suite 100
                                          Roselle, IL 60172
                                          Phone: (630) 893-2494 / Fax: (630) 893-2497

---

/s/ Dominic J DeMarino                          /s/ Karla DeMarino
_____          _____
Dominic J DeMarino                              Karla DeMarino

*(handwritten)* Desc Main ... 00 ... 4-17-17

# CHARLES WM. DOBRA LTD.

ATTORNEY AND COUNSELOR AT LAW
675 E. IRVING PARK ROAD
SUITE 100
ROSELLE, ILLINOIS 60172
(630) 893-2494
FAX # (630) 893-2497

E-MAIL ADDRESS:
CWDOBRA@DOBRALAW.COMCASTBIZ.NET

WWW.CHARLES-WM-DOBRA-LTD.COM

March 29, 2017

Dominic and Karla DeMarino
450 Ridgefield Drive
Roselle, IL 60172

RE:   **Proposed Bankruptcy Filing Pursuant to Chapter 7 of the United States Bankruptcy Code for: Dominic and Karla DeMarino**

Dear Mr. and Mrs. DeMarino:

This letter will confirm our office discussion of September 23, 2016.

It was a pleasure meeting with you in my office. As I explained to you, it is my opinion that you need the assistance of a lawyer, whether it be my firm or another lawyer. In my opinion, the matter is too complex for you to represent yourself.

As I explained to you in the office, if you wish that I represent you, the terms of my representation of you will be as follows:

1. **Legal Services to be provided.** You agree that my law firm will represent you in connection with the filing of a Chapter 7 Bankruptcy Petition together with all schedules for same and representation at a 341(a) Hearing to be held at the United States Bankruptcy Court at a date and time which will be scheduled by said Court. The legal work includes all necessary research, correspondence, and related work to properly represent you in this matter.

2. **Legal Services Specifically Excluded.** The following services are specifically excluded from this instant Agreement to Provide Legal Services: No Appearance will be made at any motion(s) to reaffirm any debts, motion(s) to determine extent validity and amount of debt, appearance or defense of any motion(s) objecting to the petition filed or discharge of same, or a debt therein, appearance at a discharge hearing and/or any adversary proceeding commenced against you, including but not limited to, a complaint to determine dischargeability of a debt. If you fail to personally appear at the 341(a) Hearing for any reason, you agree to pay an additional fee in the sum of $500.00, which sum shall be paid in full prior to the law firm's requirement to appear at any additional 341(a) Hearing dates. Further, you agree to hold the law firm, and any member thereof, harmless from any and all damages which may result, including but not limited to professional fees, if you fail to appear at the 341(a) Hearing.

In addition, if a court appearance on your behalf to reaffirm a chattel mortgage for a vehicle is requested or required, this court appearance is billed at hourly rates, and must be paid prior to the appearance. Also, should you need to serve a Notice of Automatic Stay on a creditor prior to the time that the court issues its official notice, this service will be performed upon pre-payment for

*A Debt Relief Agency Pursuant To Federal Bankruptcy Law*

*(handwritten)* 2(714)

Mr. and Mrs. DeMarino
March 29, 2017
Page Two

services to be rendered, typically, a quarter hour of professional time.

3. **Additional Legal Services.**  If you need any other professional legal services which may or may not be related to the above matter, you and the law firm may make a new agreement to provide such other legal services as may be needed.  You understand and agree that the firm currently bills at $300.00 per hour for office time and $350.00 per hour for court time for matters which may arise subsequent to the 341(a) Hearing and for matters *not* connected with the bankruptcy proceeding.

4. **Legal Fees.**  You agree to pay the sum of $2,230.00 in connection with this matter. **The total sum is broken down as follows: $1,895.00 less $200 already paid = $1,695.00 to CHARLES WM. DOBRA, LTD., BANKRUPTCY ACCOUNT, which sum represents legal fees.  $335.00 to the Clerk of the United States Bankruptcy Court, which sum represents the filing fee for the Petition in Bankruptcy; and an $200.00 Administration Fee, (which includes, but is not limited to, a file initiation charge, photocopy expenses, postage, long distance telephone charges, travel expenses, and most importantly, obtaining tax transcripts and payment of the statutorily mandated on-line counseling courses).  You agree to pay in full or in installments as stated below.**  If you elect to pay by personal check, you agree that the law firm will allow ten (10) days for the same to clear before any papers will be prepared or can be filed with the Bankruptcy Court, and that in the event that said check is dishonored by your bank, you agree, that in addition to any other remedy provided by law, that you will pay an additional $75.00 administrative service charge. *For this reason, and if time is of the essence, we strongly encourage you to submit a Money Order for payment.*  Furthermore, in the event that you have neglected to include a creditor in the petition after it has been filed, you agree to pay an additional fee in the sum of $350.00 if you elect to amend the Bankruptcy Petition. **You understand that the preparation of your bankruptcy petition and schedules includes three (3) drafts at *no* extra cost; revisions *after* the first three drafts are prepared only upon pre-payment of $350.00 per revision.**

*If you are paying in installments*: You agree to pay a retainer in the sum of $1,047.50 to initiate a Chapter 7 proceeding.  Upon completion of our drafting of the Chapter 7 Petition in Bankruptcy, and prior to the filing of the said petition, you agree to pay the sum of $1,182.50; $847.50 representing my legal fee and $335.00 for the filing fee.  This payment may be made by personal check; however, if filing "as soon as possible" is a priority, I would strongly suggest that you obtain a Money Order or a certified check for this sum, because as stated in another portion of this letter, we allow personal checks to clear your bank prior to filing your petition.

You further agree that in the event the final payment is not received and "cleared" at least two weeks prior to the scheduled 341(a) Hearing, the law firm shall have the right to make

Mr. and Mrs. DeMarino
March 29, 2017
Page Three

application to the Court to withdraw as your attorney in this matter.

Last, you acknowledge that you have been informed by the law firm that it is unwise to incure more debt either in contemplation of bankruptcy or to pay an attorney for professional services in connection with the representing you in a bankruptcy case.

**NOTE: If you were referred to my firm by other lawyers, and if you have consulted with that lawyer, we may, in conformity with Rule 1.5(e)(1)&(2) pay that other lawyer for his or her time expended regarding your bankruptcy case, at his or her normal hourly rates. Your signature(s) below indicate that you agree to this division of professional fees.**

5. **Your Responsibility.**  You must fully cooperate with the law firm in all ways, and provide all information relevant to the issues involved in this matter.  You must also pay all bills as required by this Agreement under Item 3.  If you do not comply with these requirements, the law firm may withdraw as your attorney in this matter.

Further to the foregoing, you specifically agree to perform those duties described in the attached document entitled "Duties and Notices to Debtor" and acknowledge receipt of a copy of that document.

6. **No Guarantee.**  The law firm agrees to provide conscientious, competent and diligent services and at all times will seek to achieve solutions which are just and reasonable for you. However, because each legal proceeding is unique, and because of the uncertainty of legal proceedings, the interpretation and changes in the law, and many unknown factors, attorneys, like physicians, cannot and do not warrant, predict, or guarantee results or the final outcome of any case.   Further, you acknowledge that you have been informed by me that you have been specifically advised that you may not make any statement in any document filed in a bankruptcy case that is untrue, misleading, or upon the exercise of reasonable care could have been discovered to be untrue or misleading.

7. **Initiation of professional services.**  You understand and agree that the law firm cannot begin any work in your behalf unless you retain the firm, i.e., pay it a fee **and** sign and return this letter to the law firm. *Further, as discussed in the office, you understand that I reserve my professional opinion as to whether you should file a Chapter 7 or Chapter 13 bankruptcy until I have had the opportunity to review all documents submitted to my office.* In

Mr. and Mrs. DeMarino
March 29, 2017
Page Four

the event that my opinion changes, I shall advise you of the same; you understand that professional fees in Wage Earner Plans are higher than in Chapter 7 proceedings.

8. **Signatures.**  You and the law firm have read and agree to the terms and provisions contained in this instant Agreement to Provide Legal Services.  The law firm has answered all of your questions and fully explained this instant Agreement to your complete satisfaction.  You acknowledge receipt of a copy of this Agreement.

9. **File Destruction.**  It is agreed, and I give my attorney permission, to destroy my file six (6) months after the conclusion of my case.

Very truly yours,

CHARLES WM. DOBRA
CWD/emp

THE ABOVE IS UNDERSTOOD AND AGREED TO

Date: _4 - 17 - 2017_

_____
Dominic DeMarino

_____
Karla DeMarino